UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| EILEEEN LAVALLEE,<br>            Plaintiff<br><br>v.<br><br>TOWN OF SCITUATE and<br>RICHARD JOHNSON, INDIVIDUALLY,<br>            Defendants | C.A. No.  05CV11807 RGS |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record on behalf of the defendant RICHARD JOHNSON in the captioned matter.

Respectfully submitted,

The Defendant,
RICHARD JOHNSON,
By his attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Cloherty III, BBO# 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, via electronic mail.

11/4/05
Date