UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11807- RGS

EILEEN LAVALLEE,

        Plaintiff

v.

TOWN OF SCITUATE and RICHARD JOHNSON, Individually,

        Defendants

NOTICE OF APPEARANCE

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Please enter my appearance as additional counsel for the defendant Town of Scituate in the above-captioned action.

DEFENDANT

TOWN OF SCITUATE,

By its attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

260714/METG/0645