UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| EILEEN LAVALLEE,<br>    Plaintiff<br><br>v.<br><br>TOWN OF SCITUATE and<br>RICHARD JOHNSON, INDIVIDUALLY,<br>    Defendants | C.A. No. 05CV11807 RGS |

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendant, Richard Johnson, Individually, hereby certifies that he has conferred with the Defendant or the Defendant's authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

The Defendant,
RICHARD JOHNSON,
By his attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Carolyn Hamel, Sr. Litigation Specialist
Massamont Insurance Agency, Inc.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 1/30/06 electronic filing.