UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11807- RGS

EILEEN LAVALLEE,

        Plaintiff

v.

TOWN OF SCITUATE and RICHARD JOHNSON, Individually,

        Defendants

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA  02110-1109
    (617) 556-0007
    FAX (617) 654-1735

    /s/Jackie Cowin
    Joseph L. Tehan, Jr. (BBO# 494020)
    Jackie Cowin (BBO# 655880)
    Kopelman and Paige, P.C.
    101 Arch Street
    12th Floor
    Boston, MA  02110-1109

### CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Jackie Cowin

274380/Metg/0645