UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
)
**EILEEN LAVALLEE,** )
        **Plaintiff** )
)
)    C.A. No. 05CV11807 RGS
**v.** )
)
)
**TOWN OF SCITUATE and** )
**RICHARD JOHNSON, INDIVIDUALLY,** )
        **Defendants** )
)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S BUDGET 16.1 CERTIFICATION

      We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation, as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: \_\_\_\_\_/S/_____      By: /S/ Steven Litner_____
    Eileen Lavallee         Michael R. Rawson, BBO No. 555361
                                 Steven M. Litner, BBO No. 630247
                                 **Rawson Merrigan & Merrigan, LLP**
                                 530 Atlantic Avenue, Third Floor
                                 Boston, Massachusetts  02210
                                 (617) 348-0988

DATE:  February 22, 2006

This PDF was created using the Sonic PDF Creator.
To remove this watermark, please license this product at www.investintech.com