UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11807- RGS

EILEEN LAVALLEE,

        Plaintiff

v.

TOWN OF SCITUATE and RICHARD JOHNSON, Individually,

        Defendants

DEFENDANT TOWN OF SCITUATE'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned party and counsel, hereby certify that we have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

COUNSEL TO DEFENDANT
TOWN OF SCITUATE

_____
Town of Scituate
By its Town Administrator
Richard H. Agnew

_____
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110
(617) 556-0007

274685/METG/0645