UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EILEEN LAVALLEE
    Plaintiff

        v.                        CIVIL ACTION NO. 05-11807-RGS

TOWN OF SCITUATE, ET AL
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 45 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

              BY:

                          /s/ Mary H. Johnson
                          Deputy Clerk

DATED:   12-18-06