UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11807- RGS

| | |
|---|---|
| EILEEN LAVALLEE,<br><br>                    Plaintiff<br>v.<br><br>TOWN OF SCITUATE and RICHARD JOHNSON, Individually,<br><br>                    Defendants | STIPULATION OF DISMISSAL<br><u>WITH PREJUDICE</u> |

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and hereby stipulate and agree that the Complaint and all claims in said action be dismissed with prejudice, without interest, costs, expenses or fees to any party, waiving all rights of appeal.

PLAINTIFF,

By her attorneys,

/s/Steven M. Litner /jc
Michael R. Rawson, Esq.
Steven M. Litner, Esq.
Rawson Merrigan & Merrigan
185 Devonshire Street
Suite 1100
Boston, MA 02110

DEFENDANT,

TOWN OF SCITUATE,

By its attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr.
Jackie Cowin
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110
(617) 556-0007


DEFENDANT,

RICHARD JOHNSON,

By his attorney,

/s/John J. Cloherty /jc
John J. Cloherty, Esq.
Pierce, Davis & Perritano, LLP
10 Winthrop Square
Boston, MA  02110